COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00629-CV

Style:                              Elmer Rivera, Kassandra Morales Rodriguez and Isreal Morales v.
City of Houston and Veronica Romero

Trial Court Case Number:     2018-87546

Trial Court:                        270th District Court of Harris County

Type of Motion:                  Objection to Mediation

Party Filing Motion:            Appellee

      Appellee has objected to mediation.  The Court's mediation order dated October 4, 2019 is withdrawn.


Judge's signature: /s/ Sarah Beth Landau
                      Acting individually

Date:   October 16, 2019


---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).